UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
____

JOSHUA ROSENOGLE,

        Plaintiff,               Case No. 2:23-cv-78

v.                                       Honorable Maarten Vermaat

UNKNOWN SAVAY,

        Defendant.
_____/

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On May 15, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 15). Accordingly,

    **IT IS ORDERED** that this case is **DISMISSED**.

    **IT IS FURTHER ORDERED** that the remainder of the filing fee owed by Joshua Rosenogle, #765177, in this case shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

    **IT IS SO ORDERED**.

Dated:  May 21, 2024                          /s/ *Maarten Vermaat*
                                                            Maarten Vermaat
                                                             United States Magistrate Judge